IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE LIMA DELTA COMPANY, TRIDENT AVIATION SERVICES, LLC, And SOCIETE COMMERCIALE ET INDUSTRIELLE KATANGAISE, | § § § § | No. 401, 2017 |
| Plaintiff Below, Appellants, | § § | |
| | § § § | Court Below: Superior Court of the |
| v. | § § | State of Delaware |
| WELLS FARGO INSURANCE SERVICES USA, INC. | § § | C.A. No. N14C-02-101 JRJ CCLD |
| Defendant Below, Appellee. | § § § | |

Submitted: April 11, 2018
Decided: April 12, 2018

# **O R D E R**

Before **VALIHURA**, **SEITZ** and **TRAYNOR** Justices.

This 12th day of April, 2018, the Court, having considered this matter on the briefs and the oral arguments of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion dated August 30, 2017;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice